# Exhibit E

## Brian K. Condon

**From:** Brian Condon
**Sent:** Thursday, March 27, 2014 8:34 AM
**To:** Cindy Chen; Dawn Congiusti
**Subject:** RE: Cuevas v. Chen Transcript

Cindy,

I am pleased to hear that you took the money out. It was a long process but I am very happy that we prevailed.

Right now, they may bring the action against you in Westchester County. However, as of right now, they have not done anything. I will let you know once I hear anything.

Please feel free to call me should you have any questions.

Best regards,

Brian

---

**Condon & Associates,** PLLC
Brian K. Condon, Esq.
55 Old Turnpike Road, Suite 502 · Nanuet, New York 10954
845.627.8500 x 12 phone · 845.627.8507 fax
e-mail: brian@condonlawoffices.com
website: www.condonlawoffices.com

CONFIDENTIALITY NOTE: THIS EMAIL AND ANY ATTACHMENTS THERETO ARE CONFIDENTIAL AND MAY BE PROTECTED BY LEGAL PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THIS EMAIL OR ANY ATTACHMENT IS PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURNING IT TO THE SENDER AND DELETE THIS COPY FROM YOUR SYSTEM. THANK YOU FOR YOUR COOPERATION.

---

**From:** Cindy Chen [mailto:xinchen03@yahoo.com]
**Sent:** Wednesday, March 26, 2014 6:00 PM
**To:** Dawn Congiusti
**Cc:** Brian Condon
**Subject:** Re: Cuevas v. Chen Transcript

Thank you, I took the money out.

Sent from my iPad

On Mar 26, 2014, at 2:27 PM, Dawn Congiusti <dawn@condonlawoffices.com> wrote:

> Ms. Chen:
> I just left you a voicemail but wanted to make sure you knew that all the restraints and holds have been lifted off of your accounts so you can go to the FCU and do whatever was instructed of you by Brian earlier.
>
> Thank you!
> Dawn
>
> ---
> **Condon & Associates,** PLLC

1

**Dawn Congiusti**, Paralegal
55 Old Turnpike Road, Suite 502 · Nanuet, New York 10954
845.627.8500 x 10 phone · 845.627.8507 fax
e-mail: dawn@condonlawoffices.com
website: www.condonlawoffices.com

CONFIDENTIALITY NOTE: THIS EMAIL AND ANY FILES TRANSMITTED WITH IT ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THEY ARE ADDRESSED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR PLEASE NOTIFY THE SYSTEM MANAGER. THIS MESSAGE CONTAINS CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE INDIVIDUAL NAMED. IF YOU ARE NOT THE NAMED ADDRESSEE YOU SHOULD NOT DISSEMINATE, DISTRIBUTE OR COPY THIS E-MAIL. PLEASE NOTIFY THE SENDER IMMEDIATELY BY E-MAIL IF YOU HAVE RECEIVED THIS E-MAIL BY MISTAKE AND DELETE THIS E-MAIL FROM YOUR SYSTEM. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE NOTIFIED THAT DISCLOSING, COPYING, DISTRIBUTING OR TAKING ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED.

<image001.gif>

---

**From:** xinchen03 [mailto:xinchen03@yahoo.com]
**Sent:** Wednesday, March 26, 2014 8:45 AM
**To:** Dawn Congiusti
**Cc:** Brian Condon
**Subject:** RE: Cuevas v. Chen Transcript

Thanks for making the phone call to the novartis credit union. Should i wait for a letter from O Reilly or go to bank directly? Please advice.
Thank you.

Sent via the Samsung Galaxy S®III, an AT&T 4G LTE smartphone

-------- Original message --------
From: Dawn Congiusti
Date: 03/25/2014 2:17 PM (GMT-05:00)
To: XINCHEN03@YAHOO.COM
Cc: Brian Condon
Subject: Cuevas v. Chen Transcript

Ms. Chen:

In furtherance of my voicemail earlier this afternoon, attached please find a copy of the transcript from yesterday's appearance before Judge Barone with respect to the restraints placed on your bank accounts and that the same should be lifted immediately.

You can take this to your banks to lift the hold.

If you have any questions, please let us know!

Dawn

---

**Condon & Associates, PLLC**

Dawn Congiusti, Paralegal

2

55 Old Turnpike Road, Suite 502   Nanuet, New York **10954**

845.627.8500 x 10 phone · 845.627.8507 fax

e-mail: dawn@condonlawoffices.com

website: www.condonlawoffices.com

CONFIDENTIALITY NOTE: THIS EMAIL AND ANY FILES TRANSMITTED WITH IT ARE CONFIDENTIAL AND INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THEY ARE ADDRESSED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR PLEASE NOTIFY THE SYSTEM MANAGER. THIS MESSAGE CONTAINS CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE INDIVIDUAL NAMED. IF YOU ARE NOT THE NAMED ADDRESSEE YOU SHOULD NOT DISSEMINATE, DISTRIBUTE OR COPY THIS E-MAIL. PLEASE NOTIFY THE SENDER IMMEDIATELY BY E-MAIL IF YOU HAVE RECEIVED THIS E-MAIL BY MISTAKE AND DELETE THIS E-MAIL FROM YOUR SYSTEM. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE NOTIFIED THAT DISCLOSING, COPYING, DISTRIBUTING OR TAKING ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED



**From:** Brian Condon
**Sent:** Tuesday, March 25, 2014 2:01 PM
**To:** Dawn Congiusti
**Subject:** Fwd:

Sent from my iPhone

Begin forwarded message:

> **From:** <pkreporter@aol.com>
> **Date:** March 25, 2014 at 2:00:22 PM EDT
> **To:** <brian@condonlawoffices.com>
>
> Hi Mr. Condon,
>
> Here is the PDF
>
> Thanks
>
> Peter Kent